**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
STEVEN A. CALOIARO
Nevada Bar No. 12344
Email: scaloiaro@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLEN J. LERNER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EXECUTIVE MARKETING CONSULTANTS, INC., a California corporation, ELLIS LAW CORPORATION, a California corporation; DOES 1-50, INCLUSIVE; and ROE CORPORATIONS 51-100,<br><br>Defendants. | CASE NO.: 2:18-cv-01481-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS (ECF NO. 6)**<br><br>**(First Request)** |

Plaintiff GLEN J. LERNER ("Lerner"), Defendants EXECUTIVE MARKETING CONSULTANTS, INC., and ELLIS LAW CORPORATION ("EMC/ELC") through their undersigned counsel, hereby respectfully jointly submit this Stipulation and Order to Extend Briefing Schedule Re Defendants' Motion to Dismiss (ECF No. 6). Lerner recently retained the law firm of Dickinson Wright as counsel in this matter, and said counsel needs a brief extension of time to become familiar with the case such that a response can be prepared. So as to accommodate Lerner's new counsel and the intervening Thanksgiving holiday, the parties have agreed to the following schedule:

1

1. Lerner's opposition to the motion to dismiss, if any, will due on or by **Wednesday, November 21, 2018**.

2. EMC/ELC's reply in support of their motion to dismiss, if any, will be due on or by **Tuesday, December 4, 2018**.

This is the first stipulation for extension of time regarding briefing on the Motion to Dismiss to file, which is sought in good faith and not for the purpose of delay.

IT IS SO AGREED AND STIPULATED:

DATED this 5th day of November, 2018.

| DICKINSON WRIGHT PLLC | HOWARD & HOWARD ATTORNEYS PLLC |
|---|---|
| By: /s/ John L. Krieger | By: /s/ Jonathan W. Fountain |
| John L. Krieger, Nevada Bar No. 6023 | W. West Allen, NV Bar No. 5566 |
| Steven A. Caloiaro, Nevada Bar No. 12344 | Jonathan W. Fountain, NV Bar No. 10351 |
| 8363 West Sunset Road, Suite 200 | 3800 Howard Hughes Pkwy., Suite 1000 |
| Las Vegas, Nevada 89113 | Las Vegas, NV 89169 |
| Email: jkrieger@dickinson-wright.com | Email: wwa@h2law.com |
| Email: scaloiaro@dickinson-wright.com | Email: jwf@h2law.com |

*Attorneys for Plaintiff Glen J. Lerner*

John D. Denkenberger (*Pro Hac Vice*)
CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
1201 Third Avenue, Suite 3600
Seattle, WA 98101

*Attorneys for Defendants Executive Marketing Consultants, Inc. and Ellis Law Corporation*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 6, 2018.

